**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Jason Bodie, Appellant.

Appellate Case No. 2016-001043

———————

Appeal From Saluda County
William P. Keesley, Circuit Court Judge

———————

Unpublished Opinion No. 2017-UP-212
Submitted May 1, 2017 – Filed May 24, 2017

———————

**APPEAL DISMISSED**

———————

Appellate Defender David Alexander, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *In re McCoy*, 360 S.C. 425, 602 S.E.2d 58 (2004).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.